Honorable Edward F. Shea

Bart J. Freedman
Theresa L. Keyes
Jonathan H. Harrison
Preston Gates & Ellis LLP
601 W. Riverside Ave., Ste 1400
Spokane, WA  99201-0628
Telephone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant
Integrated Environmental Technologies, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| ASIA PACIFIC ENVIRONMENTAL TECHNOLOGY, INC., a Hawaii corporation, and HAWAII MEDICAL VITRIFICATION, INC., a Hawaii corporation,<br><br>                              Plaintiffs,<br><br>         v.<br><br>INTEGRATED ENVIRONMENTAL TECHNOLOGIES, LLC, a New York limited liability company; DOE DEFENDANTS 1-50,<br><br>                              Defendants. | No.  CV 05-5077-EFS<br><br>ORDER GRANTING MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING DOCUMENTS PRODUCED BY GENERAL ATOMICS |

THIS COURT, having considered the parties' pleadings filed herein.

IT IS HEREBY ORDERED:  The Motion to Enter the Stipulated Protective Order Regarding Documents Produced by General Atomics (Ct. Rec. 60) is GRANTED.

ORDER GRANTING
MOTION FOR ENTRY OF
STIPULATED PROTECTIVE
ORDER - 1

K:\43307\00007\JHH\JHH_P21M0

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this <u>21st</u> day of <u>February</u>, 2006.

/s/Edward F. Shea

_____
Honorable Edward F. Shea

Presented by:

PRESTON GATES & ELLIS LLP

By <u>/s/Jonathan H. Harrison</u>
   Bart Freedman, WSBA # 14187
   Theresa L. Keyes, WSBA # 24973
   Jonathan H. Harrison, WSBA # 31390
Attorneys for Defendant
Integrated Environmental
Technologies, LLC

ORDER GRANTING
MOTION FOR ENTRY OF
STIPULATED PROTECTIVE
ORDER - 2

K:\43307\00007\JHH\JHH_P21M0

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022