# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ASIA PACIFIC ENVIRONMENTAL TECHNOLOGY,
INC., a Hawaii corporation; and HAWAII MEDICAL
VITRIFICATION, INC., a Hawaii corporation,
                        Plaintiffs,
                        v.

INTEGRATED ENVIRONMENTAL TECHNOLOGIES,
LLC, a New York Limited Liability Company; and DOE
DEFENDANTS 1-50,
                        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-5077-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Integrated Environmental Technologies, LLC, (hereinafter IET) is awarded judgment against Asia Pacific Environmental Technology, Inc., (hereinafter APET) in the amount of $1,383,800.22;

IET is awarded its attorney's fees and expenses incurred in this action;

IET is awarded post-judgment interest at the statutory rate; and

APET is to return to IET all of IET's propriety, trade secret, and confidential information that is in APET's possession, custody, or control, including, but not limited to the documents listed in the Amended Order of Judgment as to Asia Pacific Environmental Technology, Inc. entered on June 29, 2007 (Ct. Rec. 187).

June 29, 2007                          JAMES R. LARSEN
*Date*                                              *Clerk*
                                                 s/ Cora Vargas
                                                 *(By) Deputy Clerk*
                                                 Cora Vargas